IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VALERIE EMMONS, Individually and
on behalf of all others similarly situated                          PLAINTIFF

v.                           No. 4:15-cv-132-DPM

FCA US, LLC, f/k/a Chrysler
Group, LLC; and DOES 1–10                                          DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

8 June 2015